# MARC
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

McCusker • Anselmi
Rosen • Carvelli

805 Third Avenue, 12th Floor
New York, New York 10022
Tel: 212.308-0070 • Fax: 917.677.8978
www.marc-law.com

BRUCE S. ROSEN
*Director*
brosen@marc-law.com

April 13, 2015

**VIA ECF**

Honorable A. Kathleen Tomlinson, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 910
Central Islip, NY 11722

        Re:    Cumberland Farms, Inc., et al. v. Medford Development Corp., et al.
               Case No.: 2:15-cv-00580 (LDW)(AKT)

Dear Judge Tomlinson:

    This firm represents Plaintiff Cumberland Farms and its subsidiary Gulf Oil Limited Partnership (together "Gulf") in the above-captioned matter. The tentative settlement between the parties in the underlying bankruptcy matter and which would have resulted in withdrawal of this matter was never brought to fruition. We apologize to the Court for the delay in notifying the Court.

    Gulf is now prepared to continue to prosecute this matter. We note that defendants have not yet entered an appearance, although counsel for Debtor -- who does not represent the Debtor's principal, the primary defendant in this matter -- made a motion in the bankruptcy court, since adjourned, to prohibit Gulf from continuing with this case, claiming the case should be part of bankruptcy stay relief. Gulf disagrees and will oppose that motion.

                                          Respectfully submitted,

                                          /s/ Bruce S. Rosen
                                          Bruce S. Rosen

BSR/ckc
cc: Steve Keshtgar
     Shoreh Keshtgar
     Cedarhurst Development Corp. (c/o Steve Keshtgar)

---

210 Park Avenue, Suite 301, Florham Park, NJ 07932 • Tel: 973.635.6300 • Fax: 973.635.6363
98 East Water Street, Toms River, NJ 08753 • Tel: 732.914.9114 • Fax: 732.914.8024